# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND


IN RE: KEVIN BOLAN                                    Case No. 26-ad-00003


## <u>ORDER OF COURT</u>

Before the Court is a referral submitted by the Honorable Melissa R. DuBose concerning an allegation of possible misconduct involving Kevin Bolan regarding his actions as counsel in the matter of *Gomez v. Nessinger et al.*, 26-cv-00245-MRD-PAS.

Local Rule Gen 210(b) provides that whenever allegations of misconduct by an attorney admitted or permitted to practice before this Court come to the Court's attention, whether by complaint or otherwise, the Court may initiate disciplinary proceedings.

Upon consideration of the referral and in accordance with Local Rule Gen 210(b), the Court finds it appropriate to appoint special counsel to investigate the matter.

Accordingly, it is hereby ordered that Professor Niki Kuckes of the Roger Williams University School of Law is appointed as Special Counsel to review the matters set forth in the referral, investigate the factual allegations to the extent deemed necessary, and provide a written report to the court.

Special Counsel shall be provided with the case filings and records of any hearings regarding the allegations of attorney misconduct referenced in the referral and may take such additional steps as deemed reasonably necessary to ascertain the relevant facts. Special Counsel is authorized to request documents, conduct interviews, and otherwise carry out the responsibilities of this appointment consistent with applicable law and the Local Rules of this Court.

Upon completion of the review, Special Counsel shall submit a written report to the Court setting forth findings and any recommendations regarding further proceedings, if warranted.


IT IS SO ORDERED.

                                                    By the Court:

May 7, 2026                                         /s/ John J. McConnell Jr., Chief Judge