UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE KEVIN BOLAN                    Case No. 26-AD-00003

**PROTECTIVE ORDER**

This matter having been presented to the Court by the United States Attorney's Office, it is hereby

ORDERED:

1.     Attorney Kevin Bolan and his counsel shall not use or disclose any materials produced by the government pursuant to a request from his counsel in the course of this proceeding (Disclosed Materials), unless they are already in the public record, for any purpose other than the defense of this proceeding. This Order does not prohibit Attorney Bolan or his counsel or their staff from sharing the Disclosed Materials for the purpose of preparing witnesses or the defense of this proceeding, except as otherwise set forth below. However, anyone who receives the Disclosed Materials shall be required to agree to the terms of this Protective Order and not use the Disclosed Materials or information therein for any purpose other than the defense of this matter. This paragraph does not restrict Attorney Bolan or his counsel from utilizing in any way materials that he obtained in his personal capacity independently from the government's production of Disclosed Materials.  This paragraph also does not restrict Attorney Bolan or his counsel from showing the Disclosed Materials to individuals that were the original senders or recipients of the Disclosed Materials at the time of their creation or original transmission in the normal course of the senders' or recipients' business.

2.      When providing non-public Disclosed Materials received in this proceeding to an authorized person, counsel for Attorney Bolan must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

3.      Disclosed Materials revealing the social security number, A-number, date of birth, address, criminal history, victim name, or other such personal identify information of any person in the matter as such shall be considered "Highly Confidential" and neither Attorney Bolan nor his counsel shall make such documents or information public or share it with third parties without redacting the identifying information.

4.      Nothing contained in this Protective Order will preclude Attorney Bolan or his counsel from applying to the Court for further relief or for modification of any provision hereof. This Order also does not preclude the filing of the Disclosed Materials received in this proceeding, or mentioning facts set forth in those documents, with on the record filings, so long as any personal identifying information is appropriately redacted or provided under seal.

5.      Counsel for Attorney Bolan is permitted to review the Disclosed Materials with Attorney Bolan. Counsel for Attorney Bolan may not leave any portion of the Disclosed Materials or any copies of these materials with Attorney Bolan.

6.      Counsel for Attorney Bolan is permitted to share the Disclosed Materials with persons in their law offices who are assisting counsel in the handling of this matter, but such persons are also subject to this Protective Order.

7.      This Order shall remain in effect until otherwise ordered by the Court.

SO ORDERED:

JOHN J. McCONNELL, JR.
Chief Judge
United States District Court

Dated:  May 27, 2026